IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSH REECE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 4:13-CV-00296-TCM |
| v. ) | |
| ) | |
| STRAIGHT-LINE CONSTRUCTION ) | |
| SOLUTIONS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MOTION:
Granted ✓
Denied ___
Overruled ___
Date OKM 9/9/13

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Josh Reece, and Defendants, Straight-Line Construction, Solutions, L.L.C., Straight-Line Contracting Services, L.L.C., Straight-Line Contractors, L.L.C., and Christopher Owens, by and through their undersigned counsel, and hereby stipulate all claims presented by Plaintiff's First Amended Complaint in the above-entitled action shall be dismissed with prejudice as to all parties (including Christopher Owens) pursuant to Rule 41 of the Federal Rules of Civil Procedure. Notwithstanding this dismissal with prejudice, Reece retains any and all rights available under the law to enforce the agreement reached by the Parties. Each party shall bear its own attorney's fees and costs.